**Electronically Filed
Supreme Court
SCWC-21-0000186
14-APR-2025
08:56 AM
Dkt. 16 ODAC**

SCWC-21-0000186

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
business as CHRISTIANA TRUST AS OWNER TRUSTEE
OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST III,
Respondent/Plaintiff-Appellee,

v.

PUNOHU KEKAUALUA, III,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000186; CASE NO. 5CCV-20-0000108)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, Devens, JJ.)


Petitioner's Application for Writ of Certiorari, filed

on February 19, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 14, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

